# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES TILTON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00182-LJO-GSA PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 11) |

　　　　Plaintiff Stanley H. Solvey ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California law.  Plaintiff filed this action on February 2, 2007.  Plaintiff's Eighth Amendment and state law tort claims arise from his exposure to and illness from Valley Fever, and the treatment of his subsequent medical issues and complaints by prison staff members.  The Court has screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that service is appropriate.[1]  Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 2008 WL 659570, No. 06-35068, *3 (9th Cir. Mar. 13, 2008).  Accordingly, it is HEREBY ORDERED that:

　　　　1.　　　　Service shall be initiated on the following defendants:

　　　　　　　　　　　　WARDEN JAMES YATES

　　　　　　　　　　　　FELIX IGBIGNOSA, CMO

---

[1] In a Findings and Recommendations issued concurrently with this order, the Court recommended dismissal of the California Department of Corrections and Rehabilitation on the ground that it is immune from suit. Service shall be initiated against all other named defendants.

1

|   |   |   |
|---|---|---|
| 1 | | ASSOCIATE WARDEN BEELS |
| 2 | | SGT. N. GREENE |
| 3 | | SGT. J. DUTY |
| 4 | | C/O D. CHAMBERS |
| 5 | | M. C. VOSS |
| 6 | | K. HILTS, L.V.N. |
| 7 | | A. LONG, M.T.A. |
| 8 | | BRADSHAW, L.V.N. |
| 9 | | SELLERS, L.V.N. |

2. The Clerk of the Court shall send Plaintiff eleven (11) USM-285 forms, eleven (11) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed June 20, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Twelve (12) copies of the endorsed amended complaint filed June 20, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   April 10, 2008**            /s/ Gary S. Austin

2

UNITED STATES MAGISTRATE JUDGE