# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY, | CASE NO. 1:07-cv-00182-LJO-GSA PC |
| Plaintiff, | ORDER ADOPTING FINDING AND RECOMMENDATION, AND DISMISSING CDCR FROM ACTION |
| v. | |
| JAMES TILTON, et al., | (Doc. 14) |
| Defendants. | |

Plaintiff Stanley H. Solvey ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 11, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 11, 2008, is adopted in full; and

///

///

1

2. Defendant California Department of Corrections and Rehabilitation is dismissed from this action.

IT IS SO ORDERED.

**Dated:   May 6, 2008**                                          /s/ Lawrence J. O'Neill
                                                                                  UNITED STATES DISTRICT JUDGE