IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY, | 1:07-cv-00182-LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE SERVICE DOCUMENTS |
| vs. | |
| JAMES TILTON, et al., | (DOCUMENT #19) |
| Defendants. | THIRTY- DAY DEADLINE |
| _____ / | |

On June 4, 2008, plaintiff filed a motion to extend time to submit service documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file service documents.

IT IS SO ORDERED.

Dated:   **June 18, 2008**           /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE