1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9   STANLEY H. SOLVEY,                          CASE NO. 1:07-cv-00182-LJO-GSA PC

10                      Plaintiff,              ORDER REQUIRING DEFENDANT HILTS
                                                TO FILE A RESPONSE TO THE AMENDED
11          v.                                  COMPLAINT ON OR BEFORE DECEMBER
                                                22, 2008, OR DEFAULT WILL BE ENTERED
12   JAMES TILTON, et al.,                      AGAINST HER

13                      Defendants.             (Doc. 42)

14                                              ORDER DIRECTING CLERK'S OFFICE TO
                                                SERVE A COPY OF THIS ORDER ON
15                                              DEFENDANT KRYSTYL HILTS, LVN, C/O
                                                LITIGATION OFFICE AT PVSP
16   _____/

17
18          On November 10, 2008, the Court received the waiver of service of summons from the

19   United States Marshal for Defendant Krystyl Hilts. (Doc. 42.) It is unclear from the USM-285 form

20   and waiver what date the waiver was actually mailed or otherwise forwarded to Hilts. Therefore,

21   the Court finds good cause to set a new deadline for Defendant Hilts to respond to the amended

22   complaint. Fed. R. Civ. P. 6(b)(1). It is HEREBY ORDERED that:

23          1.     Defendant Hilts shall file a response to Plaintiff's amended complaint on or before

24                 December 22, 2008;

25          2.     Because it is unclear if Defendant Hilts is still employed at PVSP or not and the

26                 service documents do not reflect a different address, the Clerk's Office shall serve

27                 a copy of this order on Krystyl Hilts, LVN, c/o the Litigation Office at PVSP; and

28   ///

                                                   1

3.     **Defendant Hilts is warned that default will be entered against her if a response is not filed on or before December 22, 2008.**

IT IS SO ORDERED.

Dated:   **November 13, 2008**                    _____ /s/ **Gary S. Austin** _____
                                                    UNITED STATES MAGISTRATE JUDGE