# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES TILTON, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00182-LJO-GSA PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT HILTS<br><br>(Doc. 39)<br><br>Amended Unenumerated Rule 12(b) Deadline Applicable to Defendant Hilts: 01/26/2009 |

On December 18, 2008, Defendant Hilts filed an answer to Plaintiff's amended complaint. Application of the discovery and scheduling order filed on September 3, 2008, is HEREBY EXTENDED to Defendant Hilts.

Because the deadline for filing unenumerated Rule 12(b) motions under the scheduling order has already expired, the deadline, applicable to Defendant Hilts only, is extended to January 26, 2009.

IT IS SO ORDERED.

Dated:   **December 19, 2008**　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE