# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY, | CASE NO. 1:07-cv-00182-LJO-GSA PC |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| v. | (Doc. 55) |
| JAMES TILTON, et al., | |
| Defendants. | |

On February 17, 2009, Plaintiff filed a motion seeking a continuance of his deposition, noticed for March 17, 2009. Plaintiff did not sign his motion, and the Court cannot consider any unsigned filings. Fed. R. Civ. P. 11(a); Local Rule 7-131. Because the motion is unsigned, it is HEREBY STRICKEN from the record without prejudice to refiling.

IT IS SO ORDERED.

Dated:   **February 20, 2009**           **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

1