# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

STANLEY H. SOLVEY,

          Plaintiff,

  v.

JAMES TILTON, et al.,

          Defendants.

_____/

CASE NO. 1:07-cv-00182-LJO-GSA PC

ORDER SHORTENING TIME, AND REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER ON OR BEFORE MARCH 18, 2009

(Doc. 60)

On March 3, 2009, Plaintiff Stanley H. Solvey ("Plaintiff"), a state prisoner proceeding pro se in this civil rights action, filed an objection to the location of his deposition, noticed for April 1, 2009, in Sacramento, California. Plaintiff states he will be released on parole to Los Angeles County on March 26, 2009. Plaintiff states he will be on "high control" parole, will have travel limitations, and has no funds for travel.

Plaintiff's objection shall be treated as a motion seeking a protective order. The Court HEREBY SHORTENS the time for filing a response, and DIRECTS Defendants to file their response on or before March 18, 2009.


IT IS SO ORDERED.

**Dated:**   **March 11, 2009**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE