# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES TILTON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-00182-LJO-GSA PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER SHIELDING HIM FROM BEING DEPOSED ON APRIL 1, 2009, AND GRANTING DEFENDANTS' REQUEST FOR LEAVE TO DEPOSE PLAINTIFF PRIOR TO HIS RELEASE ON PAROLE<br><br>(Docs. 60 and 65) |

On March 3, 2009, Plaintiff Stanley H. Solvey ("Plaintiff"), a state prisoner proceeding pro se in this civil rights action, filed an objection to the location of his deposition, noticed for April 1, 2009, in Sacramento, California. Plaintiff stated that he will be released on parole to Los Angeles County on March 26, 2009, and that he will be on "high control" parole, will have travel limitations, and has no funds for travel. The Court construed the objection as a motion seeking a protective order, and ordered Defendants to respond on or before March 18, 2009.

Defendants filed a response on March 17, 2009, and requested either leave to depose Plaintiff prior to his release from custody via video conference or an extension of the discovery deadline should they be required to travel to Los Angeles. Defendants noted that they originally noticed Plaintiff's deposition for March 17, 2009, but extended it to April 1, 2009, based on Plaintiff's request for a postponement until he paroled because he mailed his legal material home.

///

1

1 | The Court has considered Plaintiff's motion and Defendants' response. Defendants' request for leave to depose Plaintiff via video conference prior to his release on parole is granted. Fed. R. Civ. P. 30(a)(2)(B) & (b)(4). Plaintiff will have the right to review the transcript of his deposition for a period of thirty days once it is completed, and, if there are changes in form of substance, sign a statement listing those changes and the reasons for making the changes. Fed. R. Civ. P. 30(e)(1). To invoke this right, Plaintiff must make the request prior to the completion of his deposition. Id.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for a protective order shielding him from having to travel to Sacramento, California on April 1, 2009, for his deposition is GRANTED;
2. Defendants' request for leave to depose Plaintiff via video conference prior to his release on parole is GRANTED; and
3. Defendants' counsel is directed to send a copy of this order by facsimile to the Litigation Office at Salinas Valley State Prison for hand delivery to Plaintiff.

IT IS SO ORDERED.

Dated: **March 18, 2009**         /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE