# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY, | CASE NO. 1:07-cv-00182-LJO-GSA PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER COMPELLING INITIAL DISCLOSURES |
| v. | |
| JAMES TILTON, et al., | (Doc. 64) |
| Defendants. | |

On March 16, 2009, Plaintiff Stanley H. Solvey ("Plaintiff"), a state prisoner proceeding pro se in this civil rights action, filed a motion seeking an order compelling initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A).

This action is exempt from initial disclosures. Fed. R. Civ. P. 26(a)(1)(B)(iv); Local Rule 16-240(c)(8). If Plaintiff wishes to obtain documents or other discoverable information, he must seek that information via discovery requests served on Defendants' counsel.

For the reason set forth above, Plaintiff's motion for an order compelling initial disclosures is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **March 18, 2009**   /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1