# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES TILTON, et al.,<br><br>        Defendants. | CASE NO. 1:07-cv-00182-LJO-GSA PC<br><br>ORDER DENYING MOTION TO COMPEL AND FOR PROTECTIVE ORDER AS MOOT IN LIGHT OF ORDER FILED MAY 6, 2009<br><br>(Doc. 79) |

      Plaintiff Stanley H. Solvey, a former state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 and California law. The action is proceeding on Plaintiff's amended complaint, filed June 20, 2007, on Plaintiff's Eighth Amendment and state law tort claims arising from his exposure to and illness from Valley Fever, and the treatment of his subsequent medical issues and complaints by prison staff members.

      On March 27, 2009, Plaintiff filed a motion to compel the production of documents and a request for sanctions. Defendants Yates, Igbinosa, Beels, Greene, Long, Duty, Hilts, Sellers, and Chambers filed an opposition on April 20, 2009. The motion was been deemed submitted pursuant to Local Rule 78-230(m), and the Court issued a ruling on May 6, 2009.

      On May 15, 2009, Plaintiff filed a motion seeking (1) to compel the production of the Department Operations Manual and Operational Procedure for Pleasant Valley State Prison, which was the issue raised in Plaintiff's March 27 motion to compel, and (2) a protective order shielding him from blanket denials and objections by Defendants in response to his discovery requests.

Plaintiff's motion to compel and for a protective order was served by mail on May 6, 2009, and is in reply to Defendants' opposition to his March 27 motion to compel.  Given that Plaintiff's time within which to reply had expired and Plaintiff's motion to compel had already been denied, Plaintiff's pending motion is denied as moot.[1]  As set forth in the Court's order of May 6, Plaintiff was notified that he may redraft and reserve his requests for the production of these documents and, if necessary, file another motion to compel.  (Doc. 77.)

Accordingly, Plaintiff's motion to compel and for a protective order, filed May 15, 2009, is HEREBY DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **July 9, 2009**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] A protective order does not serve the purpose of disallowing Defendants from making objections to Plaintiff's discovery requests.  Fed. R. Civ. P. 26(c).  In light of the fact that Plaintiff's motion is moot, however, no further inquiry into the merits of Plaintiff's requests for relief is necessary.