# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY, | CASE NO. 1:07-cv-00182-LJO-GSA PC |
| Plaintiff, | ORDER REQUIRING THE PARTIES TO FILE STATUS REPORTS WITHIN THIRTY DAYS |
| v. | (Doc. 76) |
| JAMES TILTON, et al., | |
| Defendants. | |
| _____/ | |

This is a civil action filed pursuant to 42 U.S.C. § 1983 and California law by Plaintiff Stanley H. Solvey, a former state prisoner proceeding pro se. On May 6, 2009, the Court issued two orders, the first of which set amended discovery and motion deadlines, among other things. (Docs. 76, 77.) In the course of reviewing the docket, the Court discovered that while both orders were docketed, the second order was scanned into the record and served twice while the first order was neither scanned nor served. The order has now been recovered, scanned, and served by the Clerk's Office.

Because the parties never received the order setting amended deadlines, one of which was set for September 30, 2009, it is necessary for the parties to submit status reports, which the Court will take into consideration in determining whether to further extend one or both deadlines.

///
///
///
///

1

1    Accordingly, it is HEREBY ORDERED that within **thirty (30) days** from the date of service

2  of this order, the parties shall file status reports addressing whether further discovery is needed and

3  if so, how much more discovery is anticipated.

4

5    IT IS SO ORDERED.

6  **Dated:**    **October 23, 2009**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

7

2