# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY, | CASE NO. 1:07-cv-00182-LJO-GSA PC |
| Plaintiff, | ORDER TO FILE A RESPONSE TO COMPLAINT OR SHOW CAUSE |
| v. | WITHIN TWENTY DAYS |
| JAMES TILTON, et al., | (Doc. 94) |
| Defendants. | |

On November 19, 2009, Defendants Yates, Igbinosa, Beels, Greene, Duty, Chambers, Long, Sellers, Hilts, and Bradshaw filed a status report in compliance with the Court's order of October 23, 2009. Defendants Yates, Igbinosa, Beels, Greene, Duty, Chambers, Long, and Sellers filed an answer to Plaintiff's complaint on August 22, 2008, and Defendants Hilts filed an answer on December 18, 2008. However, Defendant Bradshaw has not filed an answer or otherwise responded to Plaintiff's complaint.

Accordingly, within **twenty (20) days** from the date of service of this order, either Defendant Bradshaw shall file a response to Plaintiff's complaint or cause shall be shown by counsel why Defendant Bradshaw should not be required to file a response.

IT IS SO ORDERED.

Dated:  **November 20, 2009**           /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE