# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES TILTON, et al.,<br><br>        Defendants.<br>                                                    / | CASE NO. 1:07-cv-00182-LJO-GSA PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND CONSENT/DECLINE FORMS, AND REQUIRING PLAINTIFF AND DEFENDANTS TO NOTIFY COURT WHETHER THEY CONSENT TO OR DECLINE MAGISTRATE JUDGE JURISDICTION WITHIN THIRTY DAYS |

Plaintiff Stanley H. Solvey, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 and California law. The action is proceeding on Plaintiff's amended complaint, filed June 20, 2007, against Yates, Igbinosa, Beels, Greene, Long, Duty, Hilts, Sellers, Chambers, and Bradshaw on Plaintiff's Eighth Amendment and state law tort claims arising from his exposure to and illness from Valley Fever, and the treatment of his subsequent medical issues and complaints by prison staff members.[1]

The Clerk's Office SHALL send the parties consent/decline forms. Within **thirty (30) days** from the date of service of this order, Plaintiff and Defendants SHALL either consent to or decline Magistrate Judge jurisdiction.

IT IS SO ORDERED.

Dated:    **January 28, 2010**              /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Voss was dismissed from the action on January 6, 2010. (Doc. 103.)