IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY, | 1:07-cv- 00182-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 126.) |
| JAMES TILTON, et al., | ORDER DISMISSING DEFENDANT BRADSHAW FROM THIS ACTION |
| Defendants. | |

Stanley H. Solvey ("plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 22, 2010, findings and recommendations were entered, recommending that defendant Bradshaw be dismissed from this action based on plaintiff's failure to provide information sufficient for the Marshal to effect service of process. (Doc. 126.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on December 22, 2010, are ADOPTED in full;

2. Defendant Bradshaw is DISMISSED from this action, based on plaintiff's failure to provide information sufficient for the Marshal to effect service of process; and

3. The Clerk is DIRECTED to reflect the dismissal of defendant Bradshaw from this action on the Court's docket.

IT IS SO ORDERED.

**Dated:   February 10, 2011**                   **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE